**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**CIVIL NO. 1:08CV304-T-02**
**(1:05CR1-T)**

| | | |
|---|---|---|
| **STEVEN WILLIAM WARD,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| ______________________________ | ) | |

**THIS MATTER** is before the Court on Petitioner's motion for reconsideration of the dismissal of his motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. ***See*** **Memorandum and Order of Dismissal, filed July 17, 2008.**

Petitioner's § 2255 motion was dismissed as time-barred. ***Id.*** **at 7.** Petitioner's motion for reconsideration does not address this issue, but rather restates the claims and arguments presented in his § 2255. Because Petitioner presents no new basis for the Court to reconsider the timeliness of his § 2255 motion, such relief is denied.

**IT IS, THEREFORE, ORDERED** that the Petitioner's motion for reconsideration is **DENIED.**

Signed: August 21, 2008

Lacy H. Thornburg
United States District Judge